AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 7, 2007 |
| NAME OF SERVER (PRINT)<br>DAWN RUSSELL | TITLE<br>Office Manager, Traub & Traub, P.C. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Pursuant to Fed R Civ Pro 4(i)(1)&(2) by certified mail to: 1) Civil Process Clerk, Civil Division, Office of the U.S. Attorney, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007; 2) Alberto R. Gonzalez, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530; and 3) John E. Potter, Postmaster General, U.S. Postal Service, 475 L'Enfant Plaza SW, Washington, DC 20260.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-7-07
          Date

*Signature of Server*: Dawn Russell

39 Broadway, Suite 2420
New York, NY 10006
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.