UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Roxann R. Haus,

                 Plaintiff(s),                 07 Civ. 4808 (CM) (JCF)

   -against-                                   ORDER OF REFERENCE
                                            TO A MAGISTRATE JUDGE

John E. Potter, Postmaster General,
United States Postal Service,

                Defendant(s).
------------------------------------------------------------X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

  ✓  General Pretrial (includes ~~scheduling~~, discovery, non-dispositive pretrial motions, and settlement

  ___  Specific Non-Dispositive Motion/Dispute:*

  ___  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

  ___  Settlement*

  ___  Inquest After Default/Damages Hearing

  ___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

  ___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

  Purpose:_____

  ___  Habeas Corpus

  ___  Social Security

  ___  Dispositive Motion (i.e., motion requiring a Report and Recommendation

  Particular Motion:_____

  All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 7/11/07
New York, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07