MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ROXANN R. HAUS,

        Plaintiff,

        v.

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE,

        Defendant.
---------------------------------------------------------x

07 Civ. 4808 (CM) (JCF)

PRIVACY ACT ORDER

    WHEREAS, plaintiff has brought the instant employment discrimination action;

    WHEREAS, pursuant to Rule 26 of the Federal Rules of Civil Procedure, defendants are prepared to make disclosures of documents and information that may be protected by the Privacy Act of 1974, 5 U.S.C. § 552a ("Privacy Act"); and

    WHEREAS, it appears that the disclosure of such documents and information is in the interests of justice and is subject to the Confidentiality Order being entered simultaneously herewith;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

Page 1 of 2

IT IS HEREBY ORDERED, that

1. Any objection to the production and use of such documents and information on the ground that they are protected by the Privacy Act is overruled.

2. This Order is without prejudice to any other objections the parties may have to producing or using such documents and information.

Dated: New York, New York
November 26, 2007

*James C. Francis IV*
THE HONORABLE JAMES C. FRANCIS
United States Magistrate Judge

The parties to this action consent to the entry of this Order.

*[signature]*
DORIS TRAUB
Traub & Traub P.C.
39 Broadway, Suite 2420
New York, NY 10006
Attorney for Plaintiff

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*
JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2822