



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

March 10, 2008

**BY HAND DELIVERY**

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:  *Haus v. Potter*, 07 Civ. 4808 (CM)(JCF)

Dear Judge McMahon:

**MEMO ENDORSED**

b/c

*Colleen McMahon*
3/12/08

    This Office represents the United States Postal Service (the "Government" or "Postal Service") in the above-referenced Title VII action. I write to inform the Court that the parties have reached an agreement in principle in this matter. In light of this development, I further respectfully request that the Court adjourn the remaining deadlines in this matter, including the close of fact discovery on March 11, 2008, for a period of 45 days (*i.e.*, until April 25, 2008) so that the parties can memorialize the specific terms of their agreement. Counsel for plaintiff consents in this request.

    I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney
Attorney for Defendant John E. Potter

By: _____
LI YU
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686
Email: li.yu@usdoj.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08